

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Alizu, Anilu<br><br>DEFENDANT(S). | CASE NUMBER<br>SACR11-209-13<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____defendant____, IT IS ORDERED that a detention hearing is set for __Wed, Oct 12 2011__, at __2:00__ ☐a.m./☒p.m. before the Honorable __Robert N Block__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __9/30/11__

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge